KEVIN V. RYAN (CABN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 139549)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5065
Fax: (408) 535-5066
Email: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIO AVALOS, ) <br> ) <br> Defendant ) <br> ) | No. CR 06-00056-RMW (RS) <br><br> REPORT TO COURT; APPLICATION AND **ORDER** FOR A ONE-DAY EXTENSION OF TIME TO FILE PLEADING <br><br> Before: Hon. Richard Seeborg |

On November 2, 2006, the Court held a status hearing to consider matters regarding the disclosure of information contained in a state search warrant. Earlier, the government had provided a redacted copy of the search warrant. The defendant now seeks an unredacted copy of the search warrant affidavit, claiming that the redacted affidavit does not establish or contain probable cause. Undersigned counsel reported that he recently received an unredacted copy of the search warrant and had not had an opportunity to review it. Counsel reported that he had been informed that redactions in the affidavit involved confidential information. Counsel stated that the government may request an *in camera* review of the search warrant affidavit, and if necessary, an *ex-parte* hearing.

REPORT TO COURT;
APPLICATION AND ORDER

1

1   The Court established a process to address the matter. It ordered that by November 9, 2006 the government should report to the Court whether it would request an *in camera* court review of the search warrant affidavit and an *ex-parte* hearing, and if so, the government should then submit copies of the search warrants and any argument by Monday, November 13, 2006.

The government hereby notifies the Court and defendant that it requests an *in camera* court review of the warrant, and if necessary, an *ex-parte* hearing. Since November 12, 2006 is a federal holiday and undersigned counsel is preparing for trial (initially scheduled to begin on November 13, but after a hearing on November 8, trial was continued to November 27), the government applies for a one-day extension of time to file its submission and copies of the redacted and unredacted search warrant on November 14, 2006.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/S/

November 9, 2006

CARLOS SINGH
Assistant United States Attorney

## ORDER

Upon consideration of the government's request for a one-day extension of time to file a submission and copies of a search warrant on November 14, 2006, and for good cause,

IT IS HEREBY ORDERED that the government's request is granted.

November 1⁷, 2006

RICHARD SEEBORG
United States Magistrate Judge

REPORT TO COURT;
APPLICATION AND ORDER

2