

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARIO AVALOS,<br><br>　　　　Defendants.<br>_____/ | No. CR 06-00056 RMW  (RS)<br><br>**ORDER REGARDING<br>SEARCH WARRANT AFFIDAVIT** |

On November 20, 2006, the Court conducted an *ex parte* hearing to consider objections by the United States to the disclosure of portions of a state search warrant affidavit on the grounds that to do so would reveal the identity of a confidential informant. *Rovario v. United States* 355 U.S. 53, 59 (1957) (government qualified privilege to withhold information that would reveal the identity of an informer). The United States was represented by Assistant United States Attorney Carlos Singh, and the proceedings were transcribed under seal.

Based upon a review of the unredacted search warrant affidavit, the redacted version previously provided by the United States to the defense, and the oral argument of government counsel, the Court orders:

1. That certain previously redacted paragraphs of the affidavit be disclosed to the defense ;

2. That certain previously redacted paragraphs of the affidavit remain under seal; and

3. A revised redacted affidavit consistent with the Court's directive be served on defense counsel within five (5) court days of the date of this order.

IT IS SO ORDERED.

Dated: November 21, 2006

RICHARD SEEBORG
United States Magistrate Judge