IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/19/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00056-RMW |
| | ) | |
| Plaintiff, | ) | [] |
| | ) | ORDER REFLECTING FINDINGS |
| | ) | AT A NOVEMBER 27, 2006 |
| v. | ) | STATUS HEARING |
| | ) | |
| MARIO AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court held a status hearing on November 27, 2006. The parties advised the Court that they were still in the process of resolving a discovery matter, involving a search warrant, before Magistrate Judge Richard Seeborg. The parties requested a continuance to January 8, 2007, as they expected the discovery matter to be resolved by then. The Court granted the continuance.

Furthermore, the Court excluded time under the Speedy Trial Act from November 27, 2006 to January 8, 2007, because of the pending discovery motion and that the continuance was in the interest of justice. 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

**SO ORDERED**.

January __18__, 2007

_____
RONALD M. WHYTE
United States District Judge