*E-FILED - 3/9/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00056-RMW |
| Plaintiff, | ) ) ) | [] ORDER REFLECTING FINDINGS AT A FEBRUARY 20, 2007 STATUS HEARING |
| v. | ) ) | |
| MARIO AVALOS, | ) ) | |
| Defendant. | ) ) | |

    The Court held a status hearing on February 20, 2007. The defense advised the Court that they needed additional time to review and discuss a draft plea agreement. The government had no objection to the defense request and the Court continued the status hearing to March 12, 2007 at 9:00a.m.

    Upon request of the parties, the Court excluded time under the Speedy Trial Act from February 20 to March 12, 2007 for effective preparation and the continuance was in the interest of justice. 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

**SO ORDERED**.

March 9, 2007                    _/s/ Ronald M. Whyte_
                                      RONALD M. WHYTE
                                      United States District Judge